IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN WAYNE EARTH, JR.,<br><br>Defendant. | **8:20CR157 AND 8:20CR158**<br><br>**ORDER** |

This matter is before the court on the motions of Assistant Federal Public Defender Mary C. Gryva and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jonathan Wayne Earth, Jr.. (Filing No. 32 in case 8:20CR157 and Filing No. 16 in case 8:20CR158). Mary C. Gryva represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mary C. Gryva's and the Office of the Federal Public Defender's motions to withdraw (Filing No. 32 in case 8:20CR157 and Filing No. 16 in case 8:20CR158) are granted.

James K. McGough, 11920 Burt Street, Suite 100, Omaha, NE 68154, (402) 614-8655, is appointed to represent Jonathan Wayne Earth, Jr. for the balance of these proceedings pursuant to the Criminal Justice Act. Mary C. Gryva shall forthwith provide James K. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gryva which are material to Jonathan Wayne Earth, Jr.'s defense.

The clerk shall provide a copy of this order to James K. McGough and the defendant.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge